NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: JOHN FRANCIS MARTIN, CHARLES HENRY RODICK,
*Appellants*

---

2018-1085

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/662,793.

---

## JUDGMENT

---

J. MARK POHL, Pharmaceutical Patent Attorneys, LLC, Morristown, NJ, argued for appellants.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, SARAH E. CRAVEN, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 10, 2018   /s/Peter R. Marksteiner
Date       Peter R. Marksteiner
         Clerk of Court